NUMBER 13-01-539-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


BONIFACIO MORON, JR., ET AL. , Appellants,

v.


ROGER HEREDIA, M.D. , Appellee.

___________________________________________________________________


On appeal from the 206th District Court 

of Hidalgo County, Texas

___________________________________________________________________

O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


 Appellants, BONIFACIO MORON, JR., ET AL. , attempted to perfect an appeal from a judgment entered by the 206th
District Court of Hidalgo County, Texas, in cause number C-6234-98-D . Judgment in this cause was signed on May 7,
2001 . An untimely motion for new trial was filed on June 11, 2001. Pursuant to Tex. R. App. P. 26.1, appellants' notice of
appeal was due on June 6, 2001 , but was not filed until August 6, 2001 . 

 Notice of this defect was given so that steps could be taken to correct the defect, if it could be done. Appellants were
advised that, if the defect was not corrected within ten days from the date of receipt of this Court's letter, the appeal would
be dismissed. To date, no response has been received from appellants.

 The Court, having examined and fully considered the documents on file, appellants' failure to timely perfect his appeal,
and appellants' failure to respond to this Court's notice, is of the opinion that the appeal should be dismissed for want of
jurisdiction. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM



Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 25th day of October, 2001 .